**CIVIL CAUSE FOR CONFERENCE:**
BEFORE  ROSS, J.           03/28/2016      TIME: 9:30am

CV-11-4507

TITLE:      Martin        -vs- Giordano, et al.

PLTFFS ATTY:    Jason Levethal, esq
                ✓ present          ___ not present

                ___ present        ___ not present

                ___ present        ___ not present

DEFTS ATTY:     Melanie Speight, esq.
                ✓ present          ___ not present

                Andrew Lucas, esq
                ✓ present          ___ not present

                Amanda Shoffel, esq.
                ✓ present          ___ not present

REPORTER: Gene Rudolph        COURTROOM DEPUTY: D. LaSalle

OTHER: _____

✓       CASE CALLED.

___     Conf. adj'd to _____ .