| Date | Staff | Matter # | Matter Name | Activity | Narrative |
|---|---|---|---|---|---|
| Thu 1/5/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 DSC - Discovery | |
| Tue 1/10/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:00 EXA - Extension Time/Answer | |
| Wed 1/11/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 EXA - Extension Time/Answer | |
| Wed 1/18/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 DSC - Discovery | |
| Mon 3/19/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:00 ANS - Answer | |
| Mon 3/19/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 COR - Correspondence | |
| Tue 3/20/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 RPI - Representation Interview | |
| Fri 3/23/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 COR - Correspondence | |
| Mon 4/2/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 COR - Correspondence | |
| Mon 4/9/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:15 DSP - Discovery Response | |
| Tue 4/10/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:45 CRT - Court Appearance | |
| Tue 4/10/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 ROD - Review of Documents | |
| Thu 4/19/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 RPI - Representation Interview | |
| Thu 4/19/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 DSC - Discovery | Car Accident |
| Wed 4/25/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3:15 RPI - Representation Interview | Ceparano, Vaccarino, Keating |
| Thu 4/26/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 RPI - Representation Interview | Alfieri |
| Thu 4/26/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 DSC - Discovery | Car Accident Recs |
| Fri 4/27/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 DSC - Discovery | Car Accident Recs |
| Thu 5/3/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 SMO - Settlement Memo | |
| Thu 5/3/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 DSC - Discovery | Car Accident Recs |
| Thu 5/3/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 DSC - Discovery | NOC info |
| Tue 5/15/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 DSC - Discovery | Car Accident Recs (from State) |
| Tue 5/22/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 DSC - Discovery | Non-Party Witnesses |
| Tue 5/22/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 ST2 - Settlement Documents | Rule 68/NOD/Letter |
| Fri 5/25/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:15 RSH - Research | Chase and Reckless(post Kabir) |
| Fri 5/25/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 DSC - Discovery | Interrogs Compile/Redact/Bates |
| Fri 5/25/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 MTG - Meeting | Re: Research |
| Wed 5/30/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3:15 DSC - Discovery | Interrogatories |
| Wed 5/30/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 DSC - Discovery | MV-104/State DMV/MTU Contact |
| Wed 7/11/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 RPI - Representation Interview | Lt. Isaac |
| Fri 7/20/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 DSC - Discovery | Locate/Contact MOS |
| Tue 7/24/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 CWC - Communication with Client | Capt. Molinari |
| Tue 7/24/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 DSC - Discovery | |
| Thu 8/2/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 AAN - Amended Answer | /CWA |
| Thu 8/2/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:15 DSC - Discovery | /CWC - PO Alfieri + MV-104 Issue |
| Wed 8/8/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 CWC - Communication with Client | PO Alifieri |
| Wed 8/8/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 DSC - Discovery | MV-104 and IAB file |
| Mon 8/13/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:15 AAN - Amended Answer | |
| Thu 8/23/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 CWA - Communication with Adversary | Adj Conf. and Confer RE Dsc |
| Wed 9/12/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 CWA - Communication with Adversary | Depo/Dsc Letter |
| Wed 9/19/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 DSC - Discovery | |
| Thu 9/20/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 DSC - Discovery | IAB File |
| Fri 9/21/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:15 MOT - Motion Practice | Extend Discovery (By Plaintiff) |
| Mon 10/1/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 CWA - Communication with Adversary | Ext. Disc |
| Tue 10/9/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 CWA - Communication with Adversary | Dsc Letter |
| Thu 11/8/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:45 ROD - Review of Documents | And requests RE CCRB and IAB files |
| Thu 11/8/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 COR - Correspondence | RE: Depo's and new dsc |
| Tue 11/13/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 CWA - Communication with Adversary | Depos |
| Tue 11/13/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 DSC - Discovery | IAB/CCRB for other incident |
| Mon 11/19/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 CWC - Communication with Client | IAB file found! |

| Date | Attorney | File # | Client | Time | Activity | Description |
|---|---|---|---|---|---|---|
| Mon 11/19/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | DSC - Discovery | All IAB Logs ordered |
| Wed 11/28/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | CWA - Communication with Adversary | |
| Fri 11/30/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | CWA - Communication with Adversary | Depo Sched |
| Thu 12/6/2012 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 | CWA - Communication with Adversary | Ltr to Crt re:CCRB Docs/IAB file |
| Tue 1/22/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | DSC - Discovery | |
| Thu 1/31/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | DSC - Discovery | Personnel Recs/f/u |
| Tue 2/12/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 5:45 | DSC - Discovery | Redact/Listen to IAB/CCRB/Invest. Files |
| Wed 2/13/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:45 | DSC - Discovery | Redact IAB/CCRB |
| Thu 2/14/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | DSC - Discovery | IAB/Investigations Redacted/Sent |
| Fri 2/15/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | CWA - Communication with Adversary | Dep Dates |
| Thu 2/21/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 | WPR - Witness Preparation | Giordano |
| Thu 2/21/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | ADM - Administrative | Scheduling Deps/Appearances |
| Fri 2/22/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | CWA - Communication with Adversary | Scheduling Deps/Dsc |
| Mon 2/25/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 5:30 | DEP - Deposition | Asanovska |
| Tue 2/26/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 | WPR - Witness Preparation | Ceparano |
| Wed 2/27/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 5:30 | DEP - Deposition | Ceparano |
| Mon 3/4/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 | ROD - Review of Documents | Ceparano Files and MTG |
| Mon 3/4/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | CWA - Communication with Adversary | Scheduling Deps |
| Mon 3/4/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 | REM - Medical Records | IME |
| Tue 3/5/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 6:15 | DEP - Deposition | Vaccarino |
| Wed 3/6/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3:30 | DEP - Deposition | Keating Prep - |
| Wed 3/6/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | DSC - Discovery | Car Repair/MV-104 |
| Thu 3/7/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 | DEP - Deposition | prep |
| Fri 3/8/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 8:30 | DEP - Deposition | Plaintiff's Dep |
| Mon 3/11/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3:00 | DEP - Deposition | Prep - Alfieri @ 6th Pct |
| Mon 3/11/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 6:00 | DEP - Deposition | Melville (Non-Party) |
| Mon 3/11/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | REM - Medical Records | IME |
| Tue 3/12/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 5:00 | DEP - Deposition | Alfieri |
| Wed 3/13/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | DSC - Discovery | Dsc Extensions |
| Wed 3/13/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 7:00 | DEP - Deposition | Giordano |
| Thu 3/14/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:45 | CWA - Communication with Adversary | and Dsc - Extension, Docs |
| Fri 3/15/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | DSC - Discovery | Car |
| Mon 3/18/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | WPR - Witness Preparation | Keating |
| Thu 3/21/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 6:30 | DEP - Deposition | Keating |
| Fri 3/29/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:00 | DSC - Discovery | Expert Report, Transcript and Cor |
| Tue 4/2/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 | WPR - Witness Preparation | Sgt. Kenny |
| Fri 4/5/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | WPR - Witness Preparation | Clemenza - Adj |
| Fri 4/5/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | DSC - Discovery | MV-104 |
| Fri 4/5/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 | DSC - Discovery | Cor and Expert Disc |
| Mon 4/8/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:00 | DSC - Discovery | EMT Hoglund - |
| Tue 4/9/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | DSC - Discovery | EMT Hoglund |
| Wed 4/10/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | WPR - Witness Preparation | Clemenza - MV-104 |
| Fri 4/12/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | DSC - Discovery | MV-104 |
| Wed 4/17/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | EPC - Expert Consultation | |
| Wed 4/17/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | DSC - Discovery | MV-104 |
| Mon 4/22/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | DSC - Discovery | Exp Disc/MV104/Meds |
| Mon 5/6/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | MTG - Meeting | RE PO Ceparano |
| Thu 5/9/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | CWA - Communication with Adversary | Call w/ Leventhal re Close of Dsc |
| Wed 6/5/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 | RSH - Research | VTL 1104 |
| Fri 6/7/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 | RSH - Research | VTL 1104 |
| Mon 6/10/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:45 | ESM - Mediation | Statement to J. Orenstein |
| Mon 6/10/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:15 | MOT - Motion Practice | R. 56.1 |
| Tue 6/11/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | MTG - Meeting | |
| Tue 6/11/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 5:00 | MOT - Motion Practice | Pre Mot and 56.1 |
| Wed 6/12/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:45 | CRT - Court Appearance | |
| Fri 7/12/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | RSH - Research | VTL |
| Wed 8/21/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | ROD - Review of Documents | Prep |
| Thu 8/22/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3:00 | CRT - Court Appearance | Oral Arg/Pre Mot Conf |
| Mon 9/9/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 | ADM - Administrative | ROD/Prep |

| Date | Attorney | File | Client | Hours | Code | Description |
|---|---|---|---|---|---|---|
| Mon 9/9/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:00 | MOT - Motion Practice | Dec'n |
| Wed 9/18/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | MOT - Motion Practice | re-argue? |
| Mon 9/23/2013 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:30 | COR - Correspondence | Ext Time to move |
| Thu 6/5/2014 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 | ADM - Administrative | Transfer/Mtgs |
| Wed 11/25/2015 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:00 | ABS - Abstract | |
| Thu 12/17/2015 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:30 | TRP - Trial Preparation | |
| Tue 12/22/2015 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2:00 | TRP - Trial Preparation | |
| Mon 12/28/2015 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1:30 | TRP - Trial Preparation | /MTG |
| Wed 12/30/2015 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0:45 | MOT - Motion Practice | Ext Time re: TRP |
| Thu 2/4/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0.75 | CRT - Court Appearance | |
| Thu 2/4/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0.75 | CWC - Communication with Client | Keating Transcript/Ceparano Call |
| Thu 2/4/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0.25 | CRT - Court Appearance | Scheduled Call |
| Mon 2/8/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0.5 | TRP - Trial Preparation | witnesses |
| Fri 2/12/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1 | TRP - Trial Preparation | w/ Keating/Giordano |
| Mon 2/22/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3 | TRP - Trial Preparation | |
| Tue 2/23/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3.5 | TRP - Trial Preparation | |
| Tue 2/23/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1.25 | COR - Correspondence | CWA |
| Wed 2/24/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3.5 | MOT - Motion Practice | Reckless in lim mot |
| Wed 2/24/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0.75 | STI - Stipulation | |
| Thu 2/25/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3.75 | DSC - Discovery | Transcripts and Subpoenas and Certs of Disposition |
| Fri 2/26/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2 | TRP - Trial Preparation | |
| Mon 2/29/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2 | TRP - Trial Preparation | Corr re: submissions and TRP |
| Tue 3/1/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 4 | WPR - Witness Preparation | Ceparano + MOlinari |
| Wed 3/2/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 4.75 | WPR - Witness Preparation | Alfieri, Giordano, Deliver Pre-Trial Submissions |
| Thu 3/3/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2.25 | WPR - Witness Preparation | Schedule and Witness Divisions |
| Fri 3/4/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 5.5 | TRP - Trial Preparation | |
| Fri 3/4/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1 | WPR - Witness Preparation | Alfieri |
| Mon 3/7/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 5 | TRP - Trial Preparation | MIL/JPTO |
| Tue 3/8/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2 | WPR - Witness Preparation | /TRP |
| Wed 3/9/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 8.5 | TRP - Trial Preparation | |
| Thu 3/10/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3 | TRP - Trial Preparation | CWC |
| Thu 3/10/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2.75 | ROD - Review of Documents | P's Exhibits |
| Fri 3/11/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3 | TRP - Trial Preparation | |
| Mon 3/14/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3 | WPR - Witness Preparation | Giordano |
| Tue 3/15/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 9 | TRP - Trial Preparation | 1x MOT, 1x ADM/Binders, 1x WPR |
| Wed 3/16/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 11.5 | TRP - Trial Preparation | 2x WPR, 1x MOT |
| Thu 3/17/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 13.5 | TRP - Trial Preparation | 2x MOT, 2x WPR and 1x CRT |
| Fri 3/18/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 7.25 | TRP - Trial Preparation | MOT and WPR |
| Sun 3/20/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3.75 | TRP - Trial Preparation | |
| Mon 3/21/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 8.75 | TRL - Trial | |
| Tue 3/22/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3.5 | TRP - Trial Preparation | Subp/Non-parties |
| Wed 3/23/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2 | TRP - Trial Preparation | Mrs. Nonnenmacher lives |
| Thu 3/24/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2.75 | CRT - Court Appearance | and CWA and CRT re: Non Party apperance and MTG re: opening and conference |
| Fri 3/25/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2.25 | TRP - Trial Preparation | Exp |
| Fri 3/25/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1.25 | TRP - Trial Preparation | Vac/Cep Direct |
| Fri 3/25/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 0.75 | TRP - Trial Preparation | Exhibits/Binders/CRT prep |
| Sat 3/26/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2 | TRP - Trial Preparation | Non-Party Contact/Vac/Cep |
| Mon 3/28/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2 | CRT - Court Appearance | |
| Mon 3/28/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2 | MTG - Meeting | re: Trial |
| Mon 3/28/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 3 | ADM - Administrative | cancell witnesses/notify defts/packup+return laptops bags file |
| Tue 3/29/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 2.5 | MOT - Motion Practice | Sanc |
| Tue 3/29/2016 | LUCAS, ANDREW | 2011-044691 | MARTIN, ISA V | 1.5 | MTG - Meeting | Division |

Total Hours  March 14 On -
357.25       71.25

| Date | Attorney | File | Client | Hours | Code | Description |
|---|---|---|---|---|---|---|
| Mon 2/29/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | |
| Tue 3/1/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 4 | WPR - Witness Preparation | |
| Tue 3/1/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 6 | MOT - Motion Practice | |
| Wed 3/2/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2 | WPR - Witness Preparation | |
| Wed 3/2/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 4 | TRP - Trial Preparation | |
| Thu 3/3/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 3 | TRP - Trial Preparation | |

| Date | Attorney | File | Client | Hours | Activity | Notes | Totals |
|---|---|---|---|---|---|---|---|
| Fri 3/4/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1.5 | WPR - Witness Preparation | | |
| Fri 3/4/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | COR - Correspondence | | |
| Mon 3/7/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 4 | TRP - Trial Preparation | | |
| Mon 3/7/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | COR - Correspondence | | |
| Tue 3/8/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2.5 | TRP - Trial Preparation | | |
| Wed 3/9/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 4 | CRC - Court Conference | | |
| Wed 3/9/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2 | COP - Conference Preparation | | |
| Thu 3/10/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | COR - Correspondence | | |
| Thu 3/10/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | TRP - Trial Preparation | | |
| Fri 3/11/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | COR - Correspondence | | |
| Mon 3/14/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2 | TRP - Trial Preparation | | |
| Mon 3/14/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2 | WPR - Witness Preparation | | |
| Tue 3/15/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | CRC - Court Conference | | |
| Tue 3/15/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 4 | WPR - Witness Preparation | | |
| Tue 3/15/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2 | TRP - Trial Preparation | | |
| Wed 3/16/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | COR - Correspondence | | |
| Wed 3/16/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 4 | WPR - Witness Preparation | | |
| Thu 3/17/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 5 | WPR - Witness Preparation | | |
| Thu 3/17/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 1 | CNF - Conference | | |
| Thu 3/17/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2.5 | TRP - Trial Preparation | | |
| Mon 3/21/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2 | TRP - Trial Preparation | | |
| Mon 3/21/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2 | COR - Correspondence | | |
| Mon 3/21/2016 | FRANCOLLA, BRIAN | 2011-044691 | MARTIN, ISA V | 2.5 | TRP - Trial Preparation | | Total Hours 77  March 14 On 31 |
| 2/22/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 4 | MOT - Motion Practice | Pretrial submissions | |
| 2/22/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 3 | MOT - Motion Practice | Pretrial submissions | |
| 2/23/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 6 | MOT - Motion Practice | Pretrial Submissions | |
| 2/24/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | MOT - Motion Practice | Pretrial submissions | |
| 2/25/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | MOT - Motion Practice | Pretrial submissions | |
| 2/26/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 6 | MOT - Motion Practice | | |
| 2/29/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/1/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/2/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/3/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 9 | TRP - Trial Preparation | | |
| 3/4/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 9 | TRP - Trial Preparation | | |
| 3/5/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 4 | TRP - Trial Preparation | | |
| 3/7/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 9 | TRP - Trial Preparation | | |
| 3/8/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/9/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 9 | TRP - Trial Preparation | | |
| 3/10/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 7 | TRP - Trial Preparation | | |
| 3/11/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/14/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/15/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/18/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/21/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/23/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/24/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/25/2016 | SHOFFEL, AMANDA | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | Total Hours 178  March 14 On - 56 |
| 3/7/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 6 | TRP - Trial Preparation | | |
| 3/8/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 5 | TRP - Trial Preparation | | |
| 3/9/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 5 | CNF - Conference | pre trial conf & prep | |
| 3/11/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 7 | TRP - Trial Preparation | | |
| 3/14/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/15/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/16/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/17/2016 18:40 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 5 | TRP - Trial Preparation | | |
| 3/18/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |
| 3/21/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | |

| Date | Name | Case # | Client | Hours | Task | Notes | | |
|---|---|---|---|---|---|---|---|---|
| 3/22/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 4 | TRP - Trial Preparation | | | |
| 3/23/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | | |
| 3/24/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | | |
| 3/25/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 8 | TRP - Trial Preparation | | | |
| 3/28/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 3 | TRL - Trial | & sat letter | | |
| 3/30/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 1 | RSH - Research | sanctions | | |
| 4/1/2016 | SPEIGHT, MELANIE | 2011-044691 | MARTIN, ISA V | 1.5 | RSH - Research | motion for sanctions | Total Hours | March 14 On - |
| | | | | | | | 101.5 | 78.5 |