D/F

30 minutes

**CIVIL CAUSE FOR CONFERENCE:**
BEFORE    ROSS, J.        DATE: 4/7/16        TIME: 3:30 pm

Docket No. 11-CV-4507

TITLE: Martin v. Giordano et al.

PLTFFS ATTY: Jason Leventhal
✓ present _____ not present

_____ present _____ not present

DEFTS ATTY:
_____ present _____ not present

_____ present _____ not present

COURT REPORTER: C. Heading    COURTROOM DEPUTY: D. LASALLE

OTHER _____

✓ CASE CALLED

_____ Conf. Adj'd to
See docket entry.